FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC - 4 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELCHONON SCHWARTZ<br>A/K/A ELIE SCHWARTZ | **WAIVER OF INDICTMENT**<br><br>Criminal Action No.<br><br>1:24-CR-371 |

I, Elchonon Schwartz a/k/a Elie Schwartz, the above named defendant, who is accused of Wire Fraud being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 4, 2024, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Elchonon Schwartz
Defendant

_____
Colin Garrett
Counsel for Defendant

Before _____
Judicial Officer