IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　*v.*<br><br>ELCHONON SCHWARTZ | Civil Action No.<br><br>1:24-CR-00371-SDG |

## NOTICE OF SUBSTITUTION OF COUNSEL

This case has been transferred from former AUSA Christopher Huber to AUSA Kelly K. Connors. AUSA Connors herein files notice of her appearance, and respectfully requests that she be identified as counsel of record for the United States from this date forward.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　RYAN K. BUCHANAN
　　　　　　　　　　　　　　　　　*United States Attorney*


　　　　　　　　　　　　　　　/s/ KELLY K. CONNORS
　　　　　　　　　　　　　　　　　*Assistant United States Attorney*
　　　　　　　　　　　　　　　Georgia Bar No. 504787
　　　　　　　　　　　　　　　Kelly.Connors@usdoj.gov
　　　　　　　　　　　　　　　*600 U.S. Courthouse*
　　　　　　　　　　　　　　　*75 Ted Turner Drive, S.W.*
　　　　　　　　　　　　　　　*Atlanta, GA 30303*
　　　　　　　　　　　　　　　*(404) 581-6000   fax (404) 581-6181*