# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:24-cr-00371-SDG**
**USA v. Schwartz**
**Honorable Steven D. Grimberg**

Minute Sheet for proceedings held In Open Court on 02/12/2025.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:35 A.M.    COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:35                 DEPUTY CLERK: Danielle Brye
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Elchonon Schwartz Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>Colin Garrett representing Elchonon Schwartz<br>Matthew Sullivan representing USA |
| PROCEEDING CATEGORY: | Change of Plea. |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Change of Plea hearing held on February 12, 2025. Defendant was sworn, advised of rights, and a guilty plea was entered as to Sole Count of the Information pursuant to a plea agreement. The Court accepted the plea as knowingly and voluntarily entered. Guilty Plea and Plea Agreement filed. Sentencing Hearing shall be held on May 19, 2025 at 2:00pm. The Court ORDERED that the Defendant shall remain on his current Bond Conditions pending sentencing. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for Monday, May 19, 2025 at 2:00PM in Courtroom 1706. |