United States v. Elie Schwartz, 1:25-CR-371-SDG

Exhibit 6 is filed under seal as an exhibit to Doc. 20