

**U.S. Department of Justice**
United States Marshals Service
75 Ted Turner Drive S.W. Suite 1600
Atlanta, GA 30303

*Thomas Brown*
*U.S. Marshal*

June 25, 2025



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 26 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**Mr. ELCHONON SCHWARTZ**
**Case# 1:2024-CR-00371**
**USMS# 49859-511**

**Dear MR. SCHWARTZ:**

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

**INSTITUTION:**
**OTISVILLE SATELLITE CAMP**
**TWO MILE DRIVE**
**OTISVILLE, NY 10963**

**TELEPHONE NO.: (845) 386-6700**

REPORT DATE: **NOON, July 23, 2025**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

THOMAS BROWN
United States Marshal

*Natalie Carter*

Natalie Head Carter
Criminal Section